

PHILLIPS & ASSOCIATES

*Attorneys at Law*
45 BROADWAY – 28TH FLOOR, NEW YORK, NEW YORK  10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

June 30, 2026

**Via ECF:**
Hon. District Judge Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:    *Tyelica Precious Howard v. City of New York*, et al.
         Docket No.: 1:26-cv-00523-JAV

Your Honor:

This firm represents Plaintiff Tyelica Precious Howard ("Plaintiff") in the above-referenced action.  Plaintiff respectfully submits this letter motion requesting an adjournment of the Initial Conference currently scheduled for July 9, 2026 at 11:30 a.m., to a date after August 12, 2026.

On June 24, 2026, Magistrate Judge Robert W. Lehrburger issued an Order adjourning the parties' Settlement Conference to August 12, 2026 at 9:30 a.m. (ECF No. 35). Given that a Settlement Conference is now scheduled for August 12, 2026, Plaintiff respectfully submits that adjourning the Initial Conference until after that date would serve the interests of judicial economy. If the matter resolves at or shortly following the Settlement Conference, the Initial Conference and the discovery and scheduling obligations attendant to it would be unnecessary. Conversely, if the matter does not resolve, the parties will be better positioned to present the Court with a realistic proposed case management schedule at the Initial Conference.

Plaintiff's counsel has conferred with counsel for Defendants City of New York and New York City Department of Homeless Services, who consents to this request. The parties are available on the following dates, should they be convenient for the Court: August 24-28, 2026. This is Plaintiff's first request to adjourn the Initial Conference. No other scheduled dates or deadlines would be affected by this adjournment.

Thank you for Your Honor's time and consideration of this request.

The request to adjourn the Initial Pretrial Conference is GRANTED. The Initial Pretrial Conference previously scheduled for July 9, 2026 is adjourned to August 25, 2026 at 12:30 p.m.. Accordingly, the joint letter and proposed Case Management Plan described in ECF No. 16 are now due by August 18, 2026. The Clerk of Court is directed to terminate ECF No. 36.

SO ORDERED.

Dated: June 30, 2026

Respectfully,

PHILLIPS & ASSOCIATES,
Attorneys at Law, PLLC

*Jeannette Vargas*
JEANNETTE A. VARGAS
United States District Judge

/s/ *Ian N. Piasecki*
Ian Piasecki, Esq.
Phillips & Associates, PLLC
45 Broadway – 28th Floor
New York, New York 10005
(212) 248-7431
Ipiasecki@tpglaws.com